IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY J. MADER, <br> (TDCJ-CID #363323) <br><br> Petitioner, <br><br> VS. <br><br> RICK THALER, <br><br> Respondent. | § § § § § § § § § § | <br><br><br><br><br> CIVIL ACTION NO. H-11-3807 |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on November 10, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge