**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ANTHONY J. MADER, § | |
| (TDCJ-CID #363323) § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-3807 |
| § | |
| RICK THALER, § | |
| § | |
| Respondent. § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on November 10, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge